UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KENNETH DAVIDSON,

               Plaintiff,

     v.

J & M HOSPITALITY INC.,

               Defendants.

Case No. 2:25-cv-10122-FLA (AJRx)

**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS ACTION FOR LACK OF PROSECUTION**

1

Plaintiff Kenneth Davidson ("Plaintiff") filed this action on October 22, 2025. Dkt. 1. Plaintiff filed a proof of service on Defendant J & M Hospitality Inc. on December 1, 2025. Dkt. 14. However, Plaintiff has not docketed evidence of any subsequent action to enforce his claims.

Accordingly, the court ORDERS Plaintiff to show cause ("OSC") in writing within fourteen (14) days of the date of this order, why the court should not dismiss this action for lack of prosecution. *See* Fed. R. Civ. P. 41(b) (the court may dismiss an action or claim for failure to prosecute). Failure to respond timely may result in dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: March 25, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2